# EXHIBIT "A"

## PROMISSORY NOTE AND SECURITY AGREEMENT

$4,000,000.00                                          Funding Date: February 13, 2024

For value received, Golden Gate Investment Company, LLC, a Pennsylvania limited liability company ("Maker"), and Paramount Management Group, LLC, a Pennsylvania limited liability company ("Guarantor") hereby promise to pay to the order of Steward Capital Holdings, LP, a Delaware limited liability company ("Holder"), in lawful currency of the United States, the initial principal sum of Four Million Dollars ($4,000,000.00) (the "Principal Amount"), together with interest on the unpaid Principal Amount under this Promissory Note and Security Agreement (this "Note"), accruing interest at a simple rate (computed on the basis of a year of 365 days and actual number of days elapsed) of eighteen percent (18%), per annum (. The unpaid balance of the Principal Amont outstanding from time to time referred to herein as the "Outstanding Principal Balance"). As a condition to the closing of the funding evidenced by this Note, Maker has paid Holder an origination fee of 1% of the Principal Amount on or before the Funding Date.

1. **Payments.** Interest payments shall be paid to Holder on the 1st day of each month beginning April 1, 2024, until such time the entire Outstanding Principal Balance is paid in full. At any time on or after February 13, 2025, the Outstanding Principal Balance, together with any and all accrued and unpaid interest thereon and such other amounts, if any, as shall be due and owing from Maker to Holder under this Note (the "Balloon Payment"), shall be paid in full upon sixty (60) calendar days after written demand is made by Holder to Maker (the "Demand Payment Date"). In the absence of any demand, the Balloon Payment is due two (2) years from the Funding Date (the "Maturity Date"). Maker shall make all payments hereunder to Holder in lawful money of the United States and in immediately available funds. Maker shall make payments at Steward Capital Holdings, LP, Attn: Donald P. Johns, 3900 S. Overland Avenue, Springfield, Missouri 65809or such other place as Holder may, from time to time, direct by written notice to Maker. Holder shall give written notice to Maker of such different address pursuant to Section 10 of this Note.

2. **Security Interest.** As security for the prompt and full satisfaction of the Outstanding Principal Balance of this Note, and all other sums due under this Note, Maker agrees that Holder shall have, and Maker hereby grants to and creates in favor of Holder, a first priority lien and security interest in the digital currency kiosk machines expressly identified on Exhibit A attached hereto and made a part hereof (each a "DCM" and collectively, the "DCMs") and the cash in each DCM at any time during the Term of this Note (the "DCM Cash") (the DCMs and DCM Cash, together with all accessions and additions thereto, and substitutions therefor and all proceeds of their sale or disposition, collectively, the "Collateral"). Maker agrees that it shall not, without the prior written consent of Holder, grant or create or permit to attach or exist any mortgage, security interest, lien, judgment, or other encumbrance of or in the Collateral or any portion thereof, other than the security interest provided for in this Note. Maker agrees that it shall preserve and protect Holder's security interest in the Collateral. In addition to all rights and remedies given to Holder by this Note, Holder shall have all the rights and remedies of a secured party under the Pennsylvania Uniform Commercial Code as in effect from time to time (the "UCC"). Maker and Holder agree that this Note constitutes a security agreement under the UCC. Maker agrees to provide from time to time at the request of Holder such additional documents or instruments for Holder to perfect and maintain its security interest in the Collateral. Holder may, in its discretion, file one or more financing statements under the UCC, naming Maker and Holder as secured party and indicating the Collateral specified in this Note.

3. **Exit Fee.** An exit fee equal to 0.5% of the Principal Amount, payable to Maker upon the earlier of (i) the Demand Payment Date, (ii) the Maturity Date, or (iii) in the event of Prepayment, when the

1

Outstanding Principal Balance together with any and all accrued and unpaid interest thereon has been paid in full.

4. **Maker's Representations and Warranties.** To induce Holder to enter into this Note and to extend the loan evidenced hereby, Maker makes the following representations and warranties, all of which are deemed made as of the Funding Date:

   (a) **Existence; Authority.** The exact legal name of Maker is as set forth on the signature page to this Note. Maker is duly organized, validly existing and in good standing under the laws of the jurisdiction of its organization and is duly qualified or licensed to transact business in all places where the failure to be so qualified could reasonably be expected to have a material adverse effect on the business of Maker. Maker has the right and power to enter into and discharge all of its obligations under this Note. The Note constitutes a legal, valid and binding obligation of the Maker, enforceable against it in accordance with its terms, subject only to bankruptcy and similar laws affecting creditors' rights generally. The execution, delivery and performance of the Note has been duly authorized by all necessary actions of Maker.

   (b) **Title.** The DCMs are owned by Maker and are not subject to any security interest except as created by this Note, or to any liens or encumbrances, and Maker will defend the DCMs against the claims and demands of any third party.

5. **Certain Covenants.**

   (a) **Financial Covenant.** From the Funding Date until the payment in full of the Outstanding Principal Balance together with any and all accrued and unpaid interest thereon, Maker shall at all times maintain an aggregate cash balance equal the Outstanding Principal Balance in a combination of (i) cash in DCMs, and (ii) cash in transit from such DCMs.

   (b) **Maintenance; Taxes.** Maker will maintain the DCMs in good condition and repair, reasonable wear and tear excepted, and will pay and discharge all taxes, levies, and other impositions levied on the goods as well as the cost of repairs to or maintenance of the same.

   (c) **Cash Balance Reporting.** Upon written request of the Holder, Maker shall provide a report of the monthly cash level in the DCMs.

   (d) **Financial Reporting.** Maker shall provide its quarterly financial statements within thirty (30) days of the end of each quarter, and its annual tax returns to Holder.

6. **Default.**

   (a) **Default Interest Rate.** Following and during the continuate of an Event of Default, interest on the unpaid principal balance of the Note shall accrue at a simple rate (computed on the basis of a year of 365 days and actual number of days elapsed) of twenty percent (20%) per annum or the maximum permissible by applicable law, whichever is less (the "Default Interest Rate").

   (b) **Events of Default.** The occurrence of any of the following events will be deemed to be an "Event of Default" under this Note:

   (i) A default in the payment when due of all or any part of any obligations payable by Maker hereunder (whether on the Demand Payment Date, Maturity Date, or at any other time provided for in this Note) if not cured within fifteen (15) calendar days after the Maker's receipt of written notice from Holder;

   (ii) The filing of any petition or the commencement of any case or proceeding by or against the Maker under any provision or chapter of the United States Bankruptcy Code, as

2

amended, relating to insolvency, bankruptcy, or the reorganization (and, in the case of any such proceeding instituted against the Maker, such proceeding is not dismissed or stayed within sixty (60) days of the commencement thereof);

(iii)   The appointment of or the taking possession by a custodian, trustee, or receiver of all or any of the assets of the Maker; or

(iv)   The failure of Maker to perform or observe any of Maker's covenants under this Note, which continues for fifteen (15) days after Maker knows of such failure.

(c)   **Remedies.** Upon the occurrence of an Event of Default, at Holder's option and upon written notice to the Maker: (i) the then Outstanding Principal Balance and any and all accrued and unpaid interest thereon shall be accelerated and become immediately due and payable; and (ii) this Note will bear interest at the Default Interest Rate from the date of such written Notice from Holder to Maker.

7. **Prepayment.** Maker has the right to make payment of the unpaid Outstanding Principal Balance in whole or in part at any time before the Maturity Date ("Prepayment") without any premium, penalty, or additional interest. If Maker intends to make a Prepayment, Maker shall notify Holder in writing in advance of such Prepayment.

8. **Waivers.** Maker hereby waives presentment, demand, notice, protest and all other notices in connection with the delivery, acceptance, performance and enforcement of this Agreement. Any failure or delay by Holder to exercise any right hereunder shall not be construed as a waiver of the right to exercise the same or any other right at any other time. The waiver by Holder of a breach or default of any provision or term of this Agreement shall not be construed as a waiver of any subsequent breach thereof. A waiver on any one occasion shall not be construed as a bar to or waiver of any right and/or remedy on any future occasion.

9. **No Usury.** Maker and Holder intend to comply at all times with applicable usury laws. If, at any time, such laws would render usurious any amounts called for under this Note, it is Maker's and Holder's express intention that Maker shall never be required to pay interest on this Note at a rate in excess of the maximum lawful rate then allowed. The provisions of this Section 9 shall control over all other provisions of this Note, which may be in apparent conflict hereunder. Any excess amount shall be immediately refunded by Holder to Maker, and the provisions hereof shall be immediately reformed, and the amounts thereafter collectible under this Note shall be reduced, without the necessity of the execution of any further documents, so as to comply with the then applicable law, but so as to permit the recovery of the fullest amount otherwise called for under this Note. Any such refund shall not cure or waive any default by Maker under this Note. The term "applicable law" as used in this Note shall mean the laws of the Commonwealth of Pennsylvania or the laws of the United States, whichever laws allow the greater rate of interest, as such laws now exist or may be changed or amended or come into effect in the future.

10. **Notice.** Any notice that must be given to Maker under this Note shall be given by hand delivery or by certified mail addressed to Maker at 415 N. Prince Street, Suite 200, Lancaster, Pennsylvania 17603. Notice shall be delivered or mailed to Maker at a different address only after Maker gives Holder written notice of the different address. Any notice that must be given to Holder under this Note shall be given by hand delivery or by certified mail addressed to Holder at Steward Capital Holdings, LP., Attn: Donald P. Johns, 3900 S. Overland Avenue, Springfield, Missouri 65807. Notice shall be delivered or mailed to Holder at a different address only after Holder gives Maker written notice of the different address.

**11. Extensions/Renewals.** Holder may in its sole and absolute discretion, without notice and without releasing the liability of Maker, grant extensions and/or renewals hereof from time to time or for any term or terms. Holder shall not be liable for or prejudiced by failure to collect or lack of diligence in bringing suit on this Note or any renewal or extension hereof, and the acceptance at any time by Holder of any past-due amount shall not be deemed to be a waiver of the right to require prompt payment when due of any other amounts then or thereafter due and payable.

**12. Assignment.** This Note shall be binding upon and inure to the benefit of Maker, Holder and their respective successors, permitted assigns, and legal representatives. Neither Maker nor Holder may assign, transfer or sell this Note to any party without the written consent of the other party, such consent shall not be unreasonably withheld, conditioned or delayed. Any party who takes this Note by permitted assignment or transfer and who is entitled to receive payments under this Note shall be considered to be the Holder.

**13. Entire Agreement; Amendments.** This Note contains the entire understanding of the parties with respect to the subject matter hereof and includes all of the oral and written agreements, representations, and arrangements between the parties with respect to the obligations to be incurred by Maker herein, and no other representations or warranties are made or implied except as expressly set forth in this Note. This Note may not be changed or amended orally, but only by an agreement in writing, signed by the party against whom enforcement is sought.

**14. Captions.** All paragraph and subparagraph captions are for convenience of reference only and shall not affect the construction of any provision herein.

**15. Governing Law and Venue.** Except as specifically provided in Section 9, this Note shall be construed in accordance with and governed by the laws of the Commonwealth of Pennsylvania without regard to any conflict of law principles. The federal and state courts of the Commonwealth of Pennsylvania shall have sole and exclusive jurisdiction over any dispute arising from this Note.

**16. Severability.** If any provision of this Note shall for any reason be held invalid or unenforceable, such invalidity or unenforceability shall not affect any other provision of this Note, but this Note shall be construed as if this Note had never contained the invalid or unenforceable provision.

**17. Counterparts.** This Note may be executed in counterparts, each of which shall be deemed any original, but all of which taken together shall constitute one and the same agreement. Counterparts of the signature pages to this Note may be delivered electronically and shall be deemed to have the same legal effect as delivery of an original signed Note.

*[Signatures follow on next page]*

**IN WITNESS WHEREOF**, and intending to be legally bound hereby, Maker and Holder have executed this Promissory Note and Security Agreement on the Funding Date.

Maker:

GOLDEN GATE INVESTMENT COMPANY, LLC

By its Sole Member, Paramount Management Group, LLC,

By its Member, Heller Capital Group, LLC

By: _____

Name:    Daryl F. Heller

Title:    CEO


Guarantor:

PARAMOUNT MANAGEMENT GROUP, LLC

By its Member, Heller Capital Group, LLC

By: _____

Name:    Daryl F. Heller

Title:    CEO




Agreed and Accepted:


Holder:

STEWARD CAPITAL HOLDINGS, LP


By: _____

Name:    Donald P. Johns

Title:    Vice President

5

**IN WITNESS WHEREOF**, and intending to be legally bound hereby, Maker and Holder have executed this Promissory Note and Security Agreement on the Funding Date.

Maker:

GOLDEN GATE INVESTMENT COMPANY, LLC

By its Sole Member, Paramount Management Group, LLC,

By its Member, Heller Capital Group, LLC

By: _____
Name:    Daryl F. Heller
Title:    CEO

Guarantor:

PARAMOUNT MANAGEMENT GROUP, LLC

By its Member, Heller Capital Group, LLC

By: _____
Name:    Daryl F. Heller
Title:    CEO

Agreed and Accepted:

Holder:

STEWARD CAPITAL HOLDINGS, LP

By: _____
Name:    Donald P. Johns
Title:    Vice President

5

Case 25-01216-JNP Doc 18-1 Filed 05/10/25 Entered 05/19/25 15:32:46 Page 12

Case 25-11654-JNP Claim 78-1 Part 2 Filed 04/21/25 Desc Exhibit Page
Exhibit A - Steward Promissory Note    Page 8 of 16
of 37

**Exhibit A**

**DCMs**


[See attached]

| Mfg/Model | Serial Number | Mfg/Model | Serial Number |
|-----------|---------------|-----------|---------------|
| ColeKepro 5.0 | 150677 | ColeKepro 5.0 | 150799 |
| ColeKepro 5.0 | 150858 | ColeKepro 5.0 | 150742 |
| ColeKepro 5.0 | 150969 | ColeKepro 5.0 | 151076 |
| ColeKepro 5.0 | 151175 | ColeKepro 5.0 | 151014 |
| ColeKepro 5.0 | 151128 | ColeKepro 5.0 | 151330 |
| ColeKepro 5.0 | 151073 | ColeKepro 5.0 | 149828 |
| ColeKepro 5.0 | 150974 | ColeKepro 5.0 | 151056 |
| ColeKepro 5.0 | 151012 | ColeKepro 5.0 | 151096 |
| ColeKepro 5.0 | 151328 | ColeKepro 5.0 | 150903 |
| ColeKepro 5.0 | 150931 | ColeKepro 5.0 | 150986 |
| ColeKepro 5.0 | 151370 | ColeKepro 5.0 | 150766 |
| ColeKepro 5.0 | 151336 | ColeKepro 5.0 | 150786 |
| ColeKepro 5.0 | 151168 | ColeKepro 5.0 | 150836 |
| ColeKepro 5.0 | 151147 | ColeKepro 5.0 | 151366 |
| ColeKepro 5.0 | 151131 | ColeKepro 5.0 | 151004 |
| ColeKepro 5.0 | 151085 | ColeKepro 5.0 | 151403 |
| ColeKepro 5.0 | 150988 | ColeKepro 5.0 | 151393 |
| ColeKepro 5.0 | 151135 | ColeKepro 5.0 | 152237 |
| ColeKepro 5.0 | 150972 | ColeKepro 5.0 | 152238 |
| ColeKepro 5.0 | 150917 | ColeKepro 5.0 | 150780 |
| ColeKepro 5.0 | 150921 | ColeKepro 5.0 | 151155 |
| ColeKepro 5.0 | 150733 | ColeKepro 5.0 | 151078 |
| ColeKepro 5.0 | 150756 | ColeKepro 5.0 | 151081 |
| ColeKepro 5.0 | 151021 | ColeKepro 5.0 | 150893 |
| ColeKepro 5.0 | 151344 | ColeKepro 5.0 | 151351 |
| ColeKepro 5.0 | 151369 | ColeKepro 5.0 | 151294 |
| ColeKepro 5.0 | 151282 | ColeKepro 5.0 | 151060 |
| ColeKepro 5.0 | 151070 | ColeKepro 5.0 | 150938 |
| ColeKepro 5.0 | 151338 | ColeKepro 5.0 | 150946 |
| ColeKepro 5.0 | 150932 | ColeKepro 5.0 | 151309 |
| ColeKepro 5.0 | 151293 | ColeKepro 5.0 | 150975 |
| ColeKepro 5.0 | 151158 | ColeKepro 5.0 | 147967 |
| ColeKepro 5.0 | 151068 | ColeKepro 5.0 | 151185 |
| ColeKepro 5.0 | 150970 | ColeKepro 5.0 | 149829 |
| ColeKepro 5.0 | 151407 | ColeKepro 5.0 | 151379 |
| ColeKepro 5.0 | 151208 | ColeKepro 5.0 | 151151 |
| ColeKepro 5.0 | 151400 | ColeKepro 5.0 | 151346 |
| ColeKepro 5.0 | 150883 | ColeKepro 5.0 | 150951 |
| ColeKepro 5.0 | 150933 | ColeKepro 5.0 | 151286 |
| ColeKepro 5.0 | 151032 | ColeKepro 5.0 | 151144 |

| Mfg/Model | Serial Number | Mfg/Model | Serial Number |
|---|---|---|---|
| ColeKepro 5.0 | 150881 | ColeKepro 5.0 | 151074 |
| ColeKepro 5.0 | 150890 | ColeKepro 5.0 | 150939 |
| ColeKepro 5.0 | 151373 | ColeKepro 5.0 | 151069 |
| ColeKepro 5.0 | 151027 | ColeKepro 5.0 | 150980 |
| ColeKepro 5.0 | 151331 | ColeKepro 5.0 | 151125 |
| ColeKepro 5.0 | 151266 | ColeKepro 5.0 | 150956 |
| ColeKepro 5.0 | 150935 | ColeKepro 5.0 | 151179 |
| ColeKepro 5.0 | 149826 | ColeKepro 5.0 | 150889 |
| ColeKepro 5.0 | 147960 | ColeKepro 5.0 | 151276 |
| ColeKepro 5.0 | 151107 | ColeKepro 5.0 | 150795 |
| ColeKepro 5.0 | 148083 | ColeKepro 5.0 | 150943 |
| ColeKepro 5.0 | 151149 | ColeKepro 5.0 | 149066 |
| ColeKepro 5.0 | 151194 | ColeKepro 5.0 | 149520 |
| ColeKepro 5.0 | 150905 | ColeKepro 5.0 | 149288 |
| ColeKepro 5.0 | 151152 | ColeKepro 5.0 | 148330 |
| ColeKepro 5.0 | 150734 | ColeKepro 5.0 | 148384 |
| ColeKepro 5.0 | 150925 | ColeKepro 5.0 | 148134 |
| ColeKepro 5.0 | 150730 | ColeKepro 5.0 | 148037 |
| ColeKepro 5.0 | 151201 | ColeKepro 5.0 | 148840 |
| ColeKepro 5.0 | 150781 | ColeKepro 5.0 | 149012 |
| ColeKepro 5.0 | 151289 | ColeKepro 5.0 | 148881 |
| ColeKepro 5.0 | 151339 | ColeKepro 5.0 | 149462 |
| ColeKepro 5.0 | 150967 | ColeKepro 5.0 | 149079 |
| ColeKepro 5.0 | 151091 | ColeKepro 5.0 | 150009 |
| ColeKepro 5.0 | 151145 | ColeKepro 5.0 | 150148 |
| ColeKepro 5.0 | 151040 | ColeKepro 5.0 | 149318 |
| ColeKepro 5.0 | 150738 | ColeKepro 5.0 | 148699 |
| ColeKepro 5.0 | 150821 | ColeKepro 5.0 | 148843 |
| ColeKepro 5.0 | 151335 | ColeKepro 5.0 | 150042 |
| ColeKepro 5.0 | 151178 | ColeKepro 5.0 | 148329 |
| ColeKepro 5.0 | 150743 | ColeKepro 5.0 | 149702 |
| ColeKepro 5.0 | 151015 | ColeKepro 5.0 | 149433 |
| ColeKepro 5.0 | 151126 | ColeKepro 5.0 | 149523 |
| ColeKepro 5.0 | 150863 | ColeKepro 5.0 | 150176 |
| ColeKepro 5.0 | 151278 | ColeKepro 5.0 | 148013 |
| ColeKepro 5.0 | 150993 | ColeKepro 5.0 | 148846 |
| ColeKepro 5.0 | 151296 | ColeKepro 5.0 | 148328 |
| ColeKepro 5.0 | 151192 | ColeKepro 5.0 | 149422 |
| ColeKepro 5.0 | 151139 | ColeKepro 5.0 | 148860 |

| Mfg/Model | Serial Number | Mfg/Model | Serial Number |
|---|---|---|---|
| ColeKepro 5.0 | 148398 | ColeKepro 5.0 | 150787 |
| ColeKepro 5.0 | 148081 | ColeKepro 5.0 | 150744 |
| ColeKepro 5.0 | 149633 | ColeKepro 5.0 | 150923 |
| ColeKepro 5.0 | 150162 | ColeKepro 5.0 | 150963 |
| ColeKepro 5.0 | 149017 | ColeKepro 5.0 | 150792 |
| ColeKepro 5.0 | 148868 | ColeKepro 5.0 | 151041 |
| ColeKepro 5.0 | 149946 | ColeKepro 5.0 | 151365 |
| ColeKepro 5.0 | 151934 | ColeKepro 5.0 | 152897 |
| ColeKepro 5.0 | 151935 | ColeKepro 5.0 | 152898 |
| ColeKepro 5.0 | 151936 | ColeKepro 5.0 | 152899 |
| ColeKepro 5.0 | 151937 | ColeKepro 5.0 | 152900 |
| ColeKepro 5.0 | 151938 | ColeKepro 5.0 | 152901 |
| ColeKepro 5.0 | 151939 | ColeKepro 5.0 | 152902 |
| ColeKepro 5.0 | 151965 | ColeKepro 5.0 | 152903 |
| ColeKepro 5.0 | 151966 | ColeKepro 5.0 | 152904 |
| ColeKepro 5.0 | 151967 | ColeKepro 5.0 | 152905 |
| ColeKepro 5.0 | 151968 | ColeKepro 5.0 | 152906 |
| ColeKepro 5.0 | 151969 | ColeKepro 5.0 | 152907 |
| ColeKepro 5.0 | 151970 | ColeKepro 5.0 | 152908 |
| ColeKepro 5.0 | 151971 | ColeKepro 5.0 | 148388 |
| ColeKepro 5.0 | 151972 | ColeKepro 5.0 | 148493 |
| ColeKepro 5.0 | 151973 | ColeKepro 5.0 | 148374 |
| ColeKepro 5.0 | 151949 | ColeKepro 5.0 | 149516 |
| ColeKepro 5.0 | 151950 | ColeKepro 5.0 | 148482 |
| ColeKepro 5.0 | 151951 | ColeKepro 5.0 | 149711 |
| ColeKepro 5.0 | 151952 | ColeKepro 5.0 | 148844 |
| ColeKepro 5.0 | 151953 | ColeKepro 5.0 | 148570 |
| ColeKepro 5.0 | 151954 | ColeKepro 5.0 | 148385 |
| ColeKepro 5.0 | 148378 | ColeKepro 5.0 | 148679 |
| ColeKepro 5.0 | 148038 | ColeKepro 5.0 | 149447 |
| ColeKepro 5.0 | 148381 | ColeKepro 5.0 | 148379 |
| ColeKepro 5.0 | 149757 | ColeKepro 5.0 | 149445 |
| ColeKepro 5.0 | 151229 | ColeKepro 5.0 | 149642 |
| ColeKepro 5.0 | 151109 | ColeKepro 5.0 | 148239 |
| ColeKepro 5.0 | 151042 | ColeKepro 5.0 | 149196 |
| ColeKepro 5.0 | 151288 | ColeKepro 5.0 | 149874 |
| ColeKepro 5.0 | 150958 | ColeKepro 5.0 | 148390 |
| ColeKepro 5.0 | 150755 | ColeKepro 5.0 | 148761 |
| ColeKepro 5.0 | 150896 | ColeKepro 5.0 | 150166 |

Exhibit A - DCMs

| Mfg/Model | Serial Number | Mfg/Model | Serial Number |
|---|---|---|---|
| ColeKepro 5.0 | 148369 | ColeKepro 5.0 | 151222 |
| ColeKepro 5.0 | 148370 | ColeKepro 5.0 | 151237 |
| ColeKepro 5.0 | 152376 | ColeKepro 5.0 | 151238 |
| ColeKepro 5.0 | 152377 | ColeKepro 5.0 | 151239 |
| ColeKepro 5.0 | 152378 | ColeKepro 5.0 | 151240 |
| ColeKepro 5.0 | 152654 | ColeKepro 5.0 | 151241 |
| ColeKepro 5.0 | 152655 | ColeKepro 5.0 | 151765 |
| ColeKepro 5.0 | 152656 | ColeKepro 5.0 | 151987 |
| ColeKepro 5.0 | 152778 | ColeKepro 5.0 | 151909 |
| ColeKepro 5.0 | 152779 | ColeKepro 5.0 | 151786 |
| ColeKepro 5.0 | 152780 | Kioskcom | K0129984 |
| ColeKepro 5.0 | 152781 | Kioskcom | K0130123 |
| ColeKepro 5.0 | 152782 | Kioskcom | K0130121 |
| ColeKepro 5.0 | 152783 | Kioskcom | K0130322 |
| ColeKepro 5.0 | 152663 | Kioskcom | K0130169 |
| ColeKepro 5.0 | 152664 | Kioskcom | K0130174 |
| ColeKepro 5.0 | 152665 | Kioskcom | K01301749 |
| ColeKepro 5.0 | 152666 | Kioskcom | K0130180 |
| ColeKepro 5.0 | 152667 | Kioskcom | K0130186 |
| ColeKepro 5.0 | 148371 | Kioskcom | K0131387 |
| ColeKepro 5.0 | 148372 | Kioskcom | K0131389 |
| ColeKepro 5.0 | 148373 | Kioskcom | K0131392 |
| ColeKepro 5.0 | 151940 | Kioskcom | K0131388 |
| ColeKepro 5.0 | 151941 | Kioskcom | K0131499 |
| ColeKepro 5.0 | 151942 | Kioskcom | K0131455 |
| ColeKepro 5.0 | 151943 | Kioskcom | K0132333 |
| ColeKepro 5.0 | 151944 | Kioskcom | K0132334 |
| ColeKepro 5.0 | 151945 | Kioskcom | K0132335 |
| ColeKepro 5.0 | 152657 | Kioskcom | K0132331 |
| ColeKepro 5.0 | 152658 | Kioskcom | K0129986 |
| ColeKepro 5.0 | 152659 | Kioskcom | F0111237 |
| ColeKepro 5.0 | 152660 | Kioskcom | K0131454 |
| ColeKepro 5.0 | 152661 | Kioskcom | F0111215 |
| ColeKepro 5.0 | 152662 | Kioskcom | F0111232 |
| ColeKepro 5.0 | 151231 | Kioskcom | K0130010 |
| ColeKepro 5.0 | 151232 | Kioskcom | K0130003 |
| ColeKepro 5.0 | 151233 | Kioskcom | K0130022 |
| ColeKepro 5.0 | 151234 | Kioskcom | K0129988 |
| ColeKepro 5.0 | 151235 | | |

Exhibit A - DCMs

| Mfg/Model | Serial Number | Mfg/Model | Serial Number |
|-----------|---------------|-----------|---------------|
| Kioskcom | K0130009 | Kioskcom | K0132011 |
| Kioskcom | K0130149 | Kioskcom | K0132009 |
| Kioskcom | K0130990 | Kioskcom | K0131993 |
| Kioskcom | M0133253 | Kioskcom | K0131998 |
| Kioskcom | K0130955 | Kioskcom | K0132167 |
| Kioskcom | K0130951 | Kioskcom | K0132158 |
| Kioskcom | K0130968 | Kioskcom | K0132227 |
| Kioskcom | K0131038 | Kioskcom | K0130646 |
| Kioskcom | K0131938 | Kioskcom | K0132372 |
| Kioskcom | K0131940 | Kioskcom | K0132374 |
| Kioskcom | K0132012 | Kioskcom | K0132373 |
| Kioskcom | K0130977 | Kioskcom | K0132338 |
| Kioskcom | K0125318 | Kioskcom | K0132339 |
| Kioskcom | K0129348 | Kioskcom | K0132340 |
| Kioskcom | K0130167 | Kioskcom | K0132342 |
| Kioskcom | K0130175 | Kioskcom | K0132343 |
| Kioskcom | K0131031 | Kioskcom | K0132274 |
| Kioskcom | K0131907 | Kioskcom | K0132273 |
| Kioskcom | K0131902 | Kioskcom | K0132307 |
| Kioskcom | K0131901 | Kioskcom | K0132301 |
| Kioskcom | K0131912 | Kioskcom | K0132299 |
| Kioskcom | K0131904 | Kioskcom | K0132357 |
| Kioskcom | K0131914 | Kioskcom | K0132355 |
| Kioskcom | K0131916 | Kioskcom | K0132347 |
| Kioskcom | K0131920 | Kioskcom | K0132367 |
| Kioskcom | K0131941 | Kioskcom | K0132348 |
| Kioskcom | KO131942 | Kioskcom | K0132296 |
| Kioskcom | K0131992 | Kioskcom | K0132298 |
| Kioskcom | K0131994 | Kioskcom | K0132364 |
| Kioskcom | K0132006 | Kioskcom | K0132295 |
| Kioskcom | K0131981 | Kioskcom | K0132297 |
| Kioskcom | K0131985 | Kioskcom | K0132288 |
| Kioskcom | K0131991 | Kioskcom | K0132362 |
| Kioskcom | K0131979 | Kioskcom | L0132830 |
| Kioskcom | K0132118 | Kioskcom | L0132861 |
| Kioskcom | K0132121 | Kioskcom | L0132930 |
| Kioskcom | K0132107 | Kioskcom | L0132853 |
| Kioskcom | K0131982 | Kioskcom | L0132858 |
| Kioskcom | K0131983 | | |

| Mfg/Model | Serial Number | Mfg/Model | Serial Number |
|-----------|---------------|-----------|---------------|
| Kioskcom | L0132857 | Kioskcom | K0131945 |
| Kioskcom | L0132863 | Kisokcom | K0131924 |
| Kioskcom | L0133849 | Kioskcom | K0131934 |
| Kioskcom | L0133633 | Kioskcom | K0131958 |
| Kioskcom | L0133629 | Kioskcom | K0132166 |
| Kioskcom | L0133739 | Kioskcom | K0132193 |
| Kioskcom | L0133676 | Kioskcom | K0132219 |
| Kioskcom | L0133753 | Kioskcom | K0132180 |
| Kioskcom | L0133733 | Kioskcom | K0132263 |
| Kioskcom | M0133079 | Kioskcom | K0132280 |
| Kioskcom | M0133175 | Kioskcom | K0132287 |
| Kioskcom | M0133177 | Kioskcom | K0133338 |
| Kioskcom | M0133355 | Kioskcom | K0130978 |
| Kioskcom | M0135043 | Kioskcom | K0130999 |
| Kioskcom | M0135057 | Kisokcom | K0130997 |
| Kioskcom | M0135042 | Kioskcom | K0130002 |
| Kioskcom | M0135041 | Kioskcom | K0130983 |
| Kioskcom | M0135058 | Kioskcom | K0130995 |
| Kioskcom | M0135056 | Kioskcom | K0130993 |
| Kioskcom | M0135046 | Kioskcom | K0131015 |
| Kioskcom | M0135044 | Kioskcom | K0131011 |
| Kioskcom | M0135040 | Kisokcom | K0131004 |
| Kioskcom | M0135047 | Kioskcom | K0131012 |
| Kioskcom | K0131961 | Kioskcom | K0131014 |
| Kioskcom | K0131963 | Kioskcom | K0131013 |
| Kioskcom | K0131966 | Kioskcom | K0131006 |
| Kioskcom | K0131962 | Kisokcom | K0131005 |
| Kioskcom | K0130976 | Kioskcom | K0131019 |
| Kioskcom | K0132171 | Kioskcom | K0131018 |
| Kioskcom | K0132175 | Kioskcom | K0131008 |
| Kioskcom | K0131995 | Kioskcom | K0130991 |
| Kioskcom | K0131986 | Kioskcom | K0131017 |
| Kioskcom | L0133815 | Kioskcom | K0131009 |
| Kioskcom | L0133816 | Kioskcom | KO131935 |
| Kioskcom | L0133769 | Kioskcom | K0131933 |
| Kioskcom | K0131001 | Kioskcom | K0131932 |
| Kioskcom | K0131003 | Kioskcom | K0131900 |
| Kioskcom | K0131016 | Kioskcom | K0131915 |
| Kioskcom | K0131908 | Kioskcom | K0132124 |
|  |  | Kioskcom | K0132134 |

| Mfg/Model | Serial Number | Mfg/Model | Serial Number |
|---|---|---|---|
| Kioskcom | K0132132 | Kioskcom | K0132380 |
| Kioskcom | K0132126 | Kioskcom | K0132377 |
| Kioskcom | K0132117 | Kioskcom | K0132251 |
| Kioskcom | K0132176 | Kioskcom | K0132259 |
| Kioskcom | K0132195 | Kioskcom | K0132397 |
| Kioskcom | K0132203 | Kioskcom | K0132389 |
| Kioskcom | K0132199 | Kioskcom | K0132391 |
| Kioskcom | K0132198 | Kioskcom | K0132261 |
| Kioskcom | K0132218 | Kioskcom | K0132376 |
| Kioskcom | K0132217 | Kioskcom | K0132398 |
| Kioskcom | K0132231 | Kioskcom | L0132701 |
| Kioskcom | K0132234 | Kioskcom | L0132705 |
| Kioskcom | K0132197 | Kioskcom | L0132725 |
| Kioskcom | K0132228 | Kioskcom | L0132755 |
| Kioskcom | K0132237 | Kioskcom | L0132736 |
| Kioskcom | K0132232 | Kioskcom | L0132731 |
| Kioskcom | K0132245 | Kioskcom | L0132732 |
| Kioskcom | K0132223 | Kioskcom | L0132728 |
| Kioskcom | K0132247 | Kioskcom | L0132729 |
| Kioskcom | K0132220 | Kioskcom | L0132730 |
| Kioskcom | K0132194 | Kioskcom | L0132739 |
| Kioskcom | K0132396 | Kioskcom | L0132753 |
| Kioskcom | K0132379 | Kioskcom | L0132751 |
| Kioskcom | K0132388 | Kioskcom | L0132744 |
| Kioskcom | K0132378 | Kioskcom | L0132756 |
| Kioskcom | K0132384 | Kioskcom | L0132758 |
| Kioskcom | K0132381 | Kioskcom | L0132759 |
| Kioskcom | K0132387 | Kioskcom | L0132760 |
| Kioskcom | K0132399 | Kioskcom | L0132740 |
| Kioskcom | K0132382 | Kioskcom | L0133741 |
| Kioskcom | K0132271 | Kioskcom | K0132212 |
| Kioskcom | K0132394 | Kioskcom | K0131965 |
| Kioskcom | K0132262 | Kioskcom | L0133680 |
| Kioskcom | K0132278 | Kioskcom | L0133690 |
| Kioskcom | K0132266 | Kioskcom | L0133700 |
| Kioskcom | K0132390 | Kioskcom | L0133686 |
| Kioskcom | K0132395 | Kioskcom | L0133695 |
| Kioskcom | K0132383 | Kioskcom | L0133701 |
| Kioskcom | K0132386 | Kioskcom | L0133696 |

| Mfg/Model | Serial Number |
| --- | --- |
| Kioskcom | L0133688 |
| Kioskcom | L0133702 |
| Kioskcom | L0133672 |
| Kioskcom | L0133673 |
| Kioskcom | K0131909 |
| Kioskcom | K0131913 |
| Kioskcom | K0131930 |
| Kioskcom | K0131968 |
| Kioskcom | K0131996 |
| Kioskcom | K0131974 |
| Kioskcom | K0132016 |
| Kioskcom | K0132145 |
| Kioskcom | K0132140 |
| Kioskcom | K0132127 |
| Kioskcom | K0132139 |
| Kioskcom | K0132147 |
| Kioskcom | K0132119 |
| Kioskcom | K0132116 |
| Kioskcom | K0132106 |
| Kioskcom | K0132007 |
| Kioskcom | K0131999 |
| Kioskcom | K0132095 |
| Kioskcom | K0132099 |
| Kioskcom | K0132098 |
| Kioskcom | K0132101 |
| Kioskcom | K0132130 |
| Kioskcom | M0133371 |
| Kioskcom | K0130953 |
| Kioskcom | K0131903 |
| Kioskcom | K0130016 |
| Kioskcom | K0131923 |
| Kioskcom | L0132713 |
| Kioskcom | M0133116 |
| Kioskcom | K0131959 |
| Kioskcom | L0133761 |
| Kioskcom | L0133752 |
| Kioskcom | L0133703 |