# EXHIBIT "E"

July 11, 2024


Golden Gate Investment Company, LLC
Attn: Daryl Heller
415 N. Prince Street, Suite 200
Lancaster, PA 17603

Re: Notice of Default

Daryl,

Please consider this official notice of default under the following promissory note:

> Promissory Note and Security Agreement dated February 13, 2024, between Golden Gate
> Investment Group, LLC as Maker, Paramount Management Group, LLC as Guarantor
> and Avenaero Holdings, LLC as Holder for the principal amount of $1M. The note is
> attached herein for reference.

The above referenced notes had payments due on July 1, 2024. As of today, no payment has
been received. Since the inception of these notes, payments have been late and required many
emails and phone calls before the payments were received. For the July payment, we have
reached out to you and your CFO, left emails, texts and voicemail with no return responses.

In accordance with Section 6 of the Note, you are in default. Consistent with the same section,
this is the official required notice under Section 6(b)(i) and Section 10.

Therefore, if payment is not cured within the 15-day cure period, we will assert our remedy
under Section 6(c) and demand full payment of the Outstanding Principal Balance and any and
all accrued and unpaid interest thereon bearing the default interest rate of 20%.

Sincerely,

Courtney N. Hayes
Attorney at Law