UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

JERROLD S. KULBACK
DOUGLAS G. LENEY
ARCHER & GREINER
A Professional Corporation
1025 Laurel Oak Road
Voorhees, NJ  08043
Tel: (856) 795-2121
jkulback@archerlaw.com
dleney@archerlaw.com
*Attorneys for Plaintiffs, Steward Capital
Holdings LP; and Avenaero Holdings, LLC*

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>    Debtor. | Chapter 11<br><br>Case No. 25-11354-JNP |
| STEWARD CAPITAL HOLDINGS LP; and<br>AVENAERO HOLDINGS, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>DARYL FRED HELLER,<br><br>    Defendant. | Adv. Pro. No. 25-1216-JNP |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE
AS TO PLAINTIFF, AVENAERO HOLDINGS, LLC ONLY**

The matter in controversy in the within action having been amicably adjusted between

plaintiff, AVENAERO HOLDINGS, LLC ("Avenaero")[1], and defendant, DARYL FRED

HELLER, and pursuant to Fed. R. Civ. P. 41(a), as made applicable herein pursuant to Fed. R.

---

[1] Nothing herein is intended to or shall affect the within matter as it pertains to plaintiff, STEWARD CAPITAL
HOLDINGS LP.

Bankr. P. 7041, all of Avenaero's claims as pled in the *Complaint to Determine Dischargeability*

*of Debt* be and hereby are dismissed against Defendant, without prejudice, and without costs.


ARCHER & GREINER, P.C.                        MCMANIMON SCOTLAND & BAUMANN, LLC
*Attorneys for Avenaero Holdings, LLC*        *Attorneys for Daryl Fred Heller*


By: */s/ Douglas G. Leney*                    By: */s/ Sari B. Placona*
    Douglas G. Leney                              Sari B. Placona

231520299 v2