UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

JERROLD S. KULBACK
DOUGLAS G. LENEY
ARCHER & GREINER
A Professional Corporation
1025 Laurel Oak Road
Voorhees, NJ  08043
Tel: (856) 795-2121
jkulback@archerlaw.com
dleney@archerlaw.com
*Attorneys for Plaintiff, Steward Capital
Holdings LP*

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 25-11354-JNP |
| STEWARD CAPITAL HOLDINGS LP,<br><br>                    Plaintiff,<br><br>       v.<br><br>DARYL FRED HELLER,<br><br>                    Defendant. | Adv. Pro. No. 25-1216-JNP |

## STIPULATED ORDER STAYING ADVERSARY PROCEEDING

WHEREAS, upon consideration of the indictment of Debtor-Defendant, Daryl Fred

Heller (the "Debtor"), the fact that he may assert various privileges when responding to

discovery, and that the outcome of his criminal case could affect several, if not all, of the

elements of a nondischargeability claim; and

WHEREAS, the parties in the above captioned adversary proceeding (the "Adversary Proceeding") and the Chapter 7 Trustee stipulate and agree to the provisions of this Stipulated Order, it is hereby

ORDERED THAT:

1.      All further proceedings in the Adversary Proceeding be and hereby are stayed, pending further Order of this Court.

2.      The parties shall advise the Court promptly upon the conclusion of the Debtor's criminal case so that a schedule may be set for completing all pretrial proceedings in this matter.

3.      This stay is without prejudice to any party moving to reopen the Adversary Proceeding before the conclusion of the Debtor's criminal case for good cause.


SO STIPULATED AND AGREED:

ARCHER & GREINER, P.C.                    MCMANIMON SCOTLAND & BAUMANN, LLC
*Attorneys for Avenaero Holdings, LLC*        *Attorneys for Daryl Fred Heller*


By: */s/ Douglas G. Leney*                By: */s/ Sari B. Placona*
       Douglas G. Leney                           Sari B. Placona


KLESTADT WINTERS JURELLER SOUTHARD
& STEVENS, LLP
*Attorneys for Fred Stevens, Chapter 7 Trustee*


By: */s/ Sean C. Southard*
       Sean C. Southard

SO ORDERED:


Date:                                      _____
                                           Hon. Jerrold N. Poslusny, Jr., U.S.B.J.


232033972 v1